ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>AN ALTERNATIVE INVESTMENT ACCOUNT INVESTED IN ARES STRATEGIC INCOME FUND CLASS S BEARING ACCOUNT # 1007855207, BIN: 28G22383, CONNECTED TO MERRILL ACCOUNT NO. 28G-22383,<br><br>  Defendant. | 2:25-MC-00328-DJC-AC<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Ami Khangura, by and through their respective counsel, as follows:

1. On or about May 5, 2025, the Internal Revenue Service - Criminal Investigation ("IRS") seized the above-referenced defendant funds pursuant to a Federal seizure warrant (hereafter "defendant funds"). Upon execution of the warrant, the custodian acknowledged the seizure and clarified that the Ares account contained a current share balance of 10,932.945 with a current dollar value of approximately $298,141.41.

2. Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant funds, or obtain an indictment alleging that the defendant funds are subject to forfeiture within one hundred and fifty days of

seizure, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is October 2, 2025.

    3.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to December 31, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

    4.    Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to December 31, 2025.

Dated: 10/2/2025

ERIC GRANT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 10/2/2025

/s/ Mark J. Reichel
MARK J. REICHEL
Attorney for potential claimant Ami Khangura

(Signature authorized by email)

**IT IS SO ORDERED**.

Dated: October 3, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE